IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YAOLONG HE, et al.,<br><br>Defendants. | Case No. 19-cv-07581<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Maria Valdez** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 14, 2020 [43], in favor of Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| aardimi official store | 396 |
| maxmuxun official store | 403 |
| peipah official Store | 406 |
| wellwalk store | 411 |
| Childhood Station Store | 428 |
| dagnino official store | 430 |
| KALUPAO Official Store | 440 |
| KUAYANG store | 444 |
| l with feet store | 445 |
| LAASIMI Official Store | 446 |
| lazyseal official store | 448 |
| Not Two Day A Day Store | 454 |
| Shop4998225 Store | 467 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 22nd day of July 2020.    Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Deckers Outdoor Corporation*